UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIBAO LIN,<br><br>                                    Petitioner,<br><br>v.<br><br>Kristi NOEM, Secretary, Department of Homeland Security, et al.;<br><br>                                    Respondents. | Case No.:  26-cv-1280-BJC-DEB<br><br>**ORDER SETTING BRIEFING SCHEDULE ON THE WRIT AND PROHIBITING TRANSFER OF PETITIONER**<br><br>**[ECF No. 1,2]** |

On February 19, 2026, Qibao Lin ("Petitioner"), appearing *pro se*, filed a petition for a writ of habeas corpus.  ECF No. 1.  Petitioner was taken into immigration custody on December 3, 2024, and has remained detained since that date.  *Id.* at 6.  Petitioner has a pending application for asylum before the immigration court.  *Id.*  An individual merits hearing in Petitioner's removal proceedings is currently scheduled for April 2026.  *Id.*

The Court finds a limited stay is necessary to preserve the *status quo* to allow the Court to hold the hearing and provide a reasoned decision on the pending motion.  *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's motion for injunctive relief); *A.M. v. Larose et al*, No. 3:25-CV-1412, ECF No. 2 (S.D. Cal. June 4, 2025) (enjoining the defendants, under the All Writs Act, from removing the plaintiffs from the Southern District of California to preserve the court's jurisdiction).

26-cv-1280-BJC-DEB

Based on the foregoing, **IT IS HEREBY ORDERED:**

1. The Court finds that representation is necessary given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the Court **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc. as counsel effectively immediately. The Court **ORDERS** Petitioner to submit a form CJA 23 financial affidavit by March 16, 2026 to demonstrate his financial eligibility. *See Terrovona v. Kincheloe*, 912 F.2d 1176, 1181–82 (9th Cir. 1990); 18 U.S.C. § 3006A(b).

2. Respondents shall file a response to the writ of habeas corpus no later than close of business on **March 9, 2026**.

3. Petitioner may file a reply no later than close of business on **March 16, 2026**.

4. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby **ENJOINED** from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to hold a hearing and provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated:  March 2, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge